UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHESTER CHARLES MALVEAUX                    CIVIL ACTION

VERSUS                                       NO. 13-483-JJB-RLB

LOUISIANA STATE UNIVERSITY, et al.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 2, 2013.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHESTER CHARLES MALVEAUX | CIVIL ACTION |
| VERSUS | NO. 13-483-JJB-RLB |
| LOUISIANA STATE UNIVERSITY, et al. | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Consistent with the Court's August 30, 2013 Order (R. Doc. 5) denying Plaintiff's Motions to Proceed In Forma Pauperis (R. Docs. 2, 4), the Court **RECOMMENDS** that Plaintiff's Complaint be **DISMISSED** for Plaintiff's failure to pay the full amount of the Court's filing fee within the timelines established by the Court's Order.

Plaintiff, Charles Chester Malveaux ("Plaintiff"), filed his Complaint (R. Doc. 1) on July 23, 2013. At that time, Plaintiff did not pay the $400.00 filing fee required to commence an action in this Court. Shortly after filing his Complaint, Plaintiff moved the Court to proceed in forma pauperis (R. Docs. 2, 4) under both Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and 28 U.S.C. § 1915(a)(1).

On August 30, 2013, the Court denied (R. Doc. 5) Plaintiff's Motions to Proceed In Forma Pauperis (R. Docs. 2, 4) based on Plaintiff's income and assets (R. Doc. 5 at 4-5, 8-9). The Court's Order required Plaintiff to pay the full amount of the $400.00 filing fee required of all parties commencing a civil action within 30 days — by September 30, 2013 (R. Doc. 5 at 9).

2

Plaintiff was advised that his failure to pay the filing fee would result in a recommendation to the District Court that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b). (R. Doc. 5 at 9).

Federal Rule of Civil Procedure Rule 41(b) allows the Court to dismiss an action if "the plaintiff fails to prosecute or to comply with these rules or a court order . . . ." The record reflects that Plaintiff failed to pay the $400.00 filing fee by September 30, 2013, as required by the Court's Order. Because Plaintiff did not comply with the Court's Order, Plaintiff's action should be dismissed without prejudice.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that Plaintiff's Complaint be **DISMISSED** without prejudice for failure to pay the Court's filing fee.

Signed in Baton Rouge, Louisiana, on October 2, 2013.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

3