UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHESTER CHARLES MALVEAUX

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL.

CIVIL ACTION

NO. 13-483-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 2, 2013 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Complaint is DISMISSED, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this ____ day of October, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA